JOHNSON ET AL., APPELLANTS, *v.* ADMINISTRATOR, OHIO BUREAU OF EMPLOYMENT SERVICES, ET AL., APPELLEES.

[Cite as Johnson *v.* Ohio Bur. of Emp. Serv. (1989), 42 Ohio St. 3d 601.]

(No. 87-1956—Submitted February 21, 1989—Decided March 29, 1989.)

*Thomas L. Sartini,* for appellants.

*Anthony J. Celebrezze, Jr.,* attorney general, and *Sharon D. Tassie,* for appellee administrator.

*Thompson, Hine & Flory, Richard V. Whelan, Jr., Michael J. Frantz* and *Carl H. Gluek,* for appellee Ashtabula County Medical Center.

*Stewart Jaffy & Associates Co.,* *L.P.A.,* and *Stewart R. Jaffy,* urging rehearing for Ohio AFL-CIO and United Autoworkers.

On motion for rehearing. Rehearing granted. The issues are to be rebriefed and reargued.

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.